840 P.2d 280

Gregory Allen STANHOPE

v.

STATE of Arizona; Arizona Department of Corrections, et al.

No. CV–92–0122–PR.

Supreme Court of Arizona.

Oct. 20, 1992.

ORDERED: Petition for Review—DENIED.